UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| Jorge Luis Mejia and ) | |
| Emily Ruth Mejia, ) | CASE NO. 13-03904-JKC-7 |
| ) | |
| DEBTORS. ) | |

### MOTION TO EXTEND DISCHARGE DATE

Come now the Debtors, Jorge Luis Mejia and Emily Ruth Mejia, by counsel, and move the Court for an Order extending the Discharge date by approximately 30 days, and in support whereof show the Court as follows:

1. The Debtors' 341 Meeting of Creditors was held on June 4, 2013.

2. The Debtors needs additional time to negotiate and file Reaffirmation Agreements.

3. It has been discovered that a creditor listed as unsecured is subsequently asserting a secured claim and debtors are contemplating a redemption motion.

WHEREFORE, the Debtors, by counsel, move the Court for an Order extending the Discharge date for approximately 30 days.

Respectfully Submitted,

**/s/ Jess Smith, III**
Tom Scott & Associates
Attorneys for Debtor(s)
6100 N. Keystone Ave., Ste. 454
Indianapolis, IN  46220
Phone:  (317) 255-9915
Fax: (317) 257-5059
E-mail: bk@tomscottlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 8/2/13, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system:

- Jenice Golson-Dunlap    TrusteeDunlap@aol.com, JGDUNLAPLAW@aol.com;jgolson-dunlap@ecf.epiqsystems.com
- Tom Scott    bk@tomscottlaw.com, tomscottassociates@ymail.com;tsalawfirm@gmail.com;TSAbk77@gmail.com
- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

I hereby certify that on 8/2/13, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

- Jorge & Emily Mejia, 19416 Paxson Place, Noblesville, IN 46060

/s/ Jess Smith, III
Tom Scott & Associates
Attorneys for Debtor(s)